CALVIN J. CLEMENTS III, ESQ. (SBN: 204251)
KIMBALL, TIREY & ST. JOHN LLP
9401 E. Stockton Blvd., #140
Elk Grove, CA 95624
Telephone: (800) 525-1690
Facsimile: (800) 281-1911

Attorneys for Movant,
BENEDICT CANYON EQUITIES, INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA MARIE WATKINS,<br><br>    Debtor, | Case No: 18-27955-E-7C<br>Chapter: 13<br><br>Petition Filed: December 26, 2018<br><br>**DC NO: CJC-006**<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PROVISION OF 11 USC § 362(a); POINTS AND AUTHORITIES**<br><br>Date: January 31, 2019<br><br>Time: 11:00 am<br><br>Courtroom: 33<br><br>Address: 501 I Street, 6th Floor, Sacramento, CA |

1. Movant, BENEDICT CANYON EQUITIES, INC. ("Movant"), hereby moves this Court for an Order granting relief from the automatic stay provision of U.S.C. § 362(a), for purposes if allowing Movant to recover possession of the real property located at 6192 Riverside Blvd., #C-46, Sacramento, CA (the "Property").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334; 157(b) and 11 U.S.C. §§ 362, 363 and 552(b).

3. Movant, the owner of the real property located at 6192 Riverside Blvd., #C-46, Sacramento, CA (the "Property"), entered into a written lease agreement with ANGELA MARIE WATKINS ("Debtor") for the Property on December 22, 2017. Pursuant to the terms of the Lease, the rent of $1,695.00 was due on or before the first day of each month. A true and correct copy of the Lease is attached hereto as Exhibit "1". (See Declaration of Gretchen Jess ¶3; Exhibit 1.)

4. Debtor failed to pay rent in the amount of $1,695.00 for the month of November 2018, and was served a Notice to Pay Rent or Quit by Movant on November 5, 2018. (See Declaration of Gretchen Jess ¶4.)

5. Debtor did not comply with the Notice. (See Declaration of Danielle Magaoay ¶5.)

6. On November 21, 2018, Movant filed an action for Unlawful Detainer in the Superior Court of California, County of Sacramento case number 18UD06279. Trial was scheduled for December 27, 2018 at 1:30 p.m. (See Declaration of Gretchen Jess ¶6.)

7. Debtor filed the instant bankruptcy petition on December 26, 2018, and informed Movant just prior to trial on December 27, 2018. Trial did not proceed as a result. (See Declaration of Gretchen Jess ¶7.)

8. Good cause exists to vacate or modify the automatic stay, pursuant to 11 U.S.C. § 362(d)(2), on grounds Debtor has no equity in the property and the property is not necessary to an effective reorganization. A creditor need not prove the property is not necessary to an effective reorganization, where the bankruptcy proceeding is brought under Chapter 7. It need only prove Debtor has no equity in the property. In re Preuss (Bankr. 9th Circuit, 1981) 15 B.R. 896, 897. This law has been extended to cases filed under Chapter 13 as well. In re Branch (Bankr. E.D.NY. 1981) 10 B.R. 227, 229. Here, Debtor has no ownership interest in the subject property nor may Debtor generate income by transferring her interest in the lease. As a result, Movant is entitled to relief pursuant to 11 U.S.C. § 362(d)(2).

WHEREFORE, Movant prays:

1. For an Order granting Movant relief from the automatic stay provisions of 11 U.S.C. § 362(a) of the Bankruptcy Code, pursuant to 11 U.S.C §§ 362(d)(1) and 362(d)(2);

2. For an Order modifying the automatic stay provisions of 11 U.S.C. § 362(a) of the Bankruptcy Code to allow Movant to employ all state court remedies to obtain possession of the real property located at 6192 Riverside Blvd., #C-46, Sacramento, CA, using any and all valid State remedies, including but not limited to continuing with the unlawful detainer action in the Superior Court of California, County of Sacramento case number 18UD06279;

3. For a waiver of Section 11 USC 4001(a)(3); and,

4. For such other and further relief as is to the Court just and proper.

Date: January 3, 2019                     KIMBALL, TIREY & ST. JOHN LLP

_____/S/_____
CALVIN CLEMENTS III, ESQ.
Attorney for Movant,
62 HUNDRED HOLLYWOOD NORTH L.P.

KIMBALL, TIREY
& ST. JOHN
ATTORNEYS AT LAW
CONCORD

3

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PROVISION OF 11 USC § 362(a); POINTS AND AUTHORITIES**