FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed  (v.8.14)                    18–27955 – E – 13C

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:**   18–27955 – E – 13C

**Debtor Name(s) and Address(es):**

Angela Marie Watkins
 6192 Riverside Blvd #C–46
Sacramento, CA 95831

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:   4/2/19                              Wayne Blackwelder
                                             Clerk of Court